

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00224-CV

**IN RE** Tracey Wilfred **MURPHY**

Original Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

On April 11, 2016, relator filed a pro se petition for writ of injunction. The court has reviewed relator's petition and determined that it lacks jurisdiction to consider the requested relief. Accordingly, relator's petition for writ of injunction is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on April 27, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] Relator has a currently pending civil case in Cause No. 15-04-00091-CVK, styled *Tracey W. Murphy v. D'Ann Mayfield, Cheryl A. Schendel and Robbie Shortner*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.